# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.    CASE STATUS

Name of Defendant: EPHRAIM ROSENBERG

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

MJ                                CR

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☑ Summons to be Issued for Appearance on October 15, 2020 at 9:00 a.m.

Defendant's Address: Jacob Laufer, P.C., 65 Broadway, Suite 1005, New York, NY 10006

☐ Letter to Defense Counsel for Appearance on

Defense Attorney's Name and address:

The estimated trial time is    12    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant: JOSEPH NILSEN

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

   MJ                            CR

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☑ Summons to be Issued for Appearance on October 15, 2020 at 9:00 a.m.

   Defendant's Address: Law Office of Sara Shulevitz, 28 W Flagler St., Miami, FL 33130

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is    12    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant: HADIS NUHANOVIC

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

    MJ                          CR

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address:

The estimated trial time is    12    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.     CASE STATUS

Name of Defendant: KRISTEN LECCESE

Has defendant had initial appearance in this case?     ☐ Yes     ☑ No

MJ                          CR

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☑ Summons to be Issued for Appearance on October 15, 2020 at 9:00 a.m.

Defendant's Address: 200 W 67th St. Apt. 22F, New York, NY 10023

☐ Letter to Defense Counsel for Appearance on

Defense Attorney's Name and address:

The estimated trial time is     12     days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.     CASE STATUS

Name of Defendant: ROHIT KADIMISETTY

Has defendant had initial appearance in this case?     ☐ Yes     ☑ No

MJ                              CR

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is     12     days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I.     CASE STATUS

Name of Defendant: NISHAD KUNJU

Has defendant had initial appearance in this case?     ☐ Yes     ☑ No

MJ                              CR

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

　　　　Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

　　　　Defense Attorney's Name and address:

The estimated trial time is   12   days.

(Revised March 2018)