UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. **CR20-151 (2) RAJ** |
|---|---|
| Plaintiff, | PRAECIPE FOR A SUMMONS |
| v. | |
| JOSEPH NILSEN, | |
| Defendant. | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT
   You will please issue a summons on an Indictment filed herein to:

Joseph Nilsen
c/o Law Office of Sara Shulevitz
28 W. Flagler Street
Miami, FL 33130

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge Brian A. Tsuchida, on October 15, 2020 at 9:00 a.m., to answer an Indictment charging violations of 18 United States Code, Sections 371, 1349, and 1343.

   DATED this 16th day of September, 2020.

   *s/ Steven T. Masada*
   STEVEN T. MASADA
   Assistant United States Attorney

**SECRET:   YES __X__   NO _____**