The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-151RAJ |
| Plaintiff, | |
| v. | **ORDER** |
| EPHRAIM ROSENBERG, *et al.*, | |
| Defendants. | |

Having reviewed the United States' Motion to Unseal Court Docket and the records and files in the above-captioned matter, the Court finds that the circumstances are as set forth in said motion and the request to unseal the court docket is hereby GRANTED.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of the Court shall unseal the docket in the above-captioned matter, *United States v. Rosenberg, et al.*, CR20-151RAJ, on Friday, September 18, 2020, at or about 9 a.m. (PT).

//
//
//

ORDER UNSEALING – 1
*United States v. Rosenberg, et al.* (CR20-151RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS FURTHER ORDERED that the records on file in the above-captioned matters
2 that are otherwise subject to separately filed sealing orders, if any, shall remain under seal.
3    SO ORDERED.
4
5    DATED this 18th day of September, 2020.
6
7
8                                          _____
                                           HON. RICHARD A. JONES
9                                          United States District Judge
10
11 Presented by:
12
   *s/ Steven T. Masada*
13 STEVEN T. MASADA
   SIDDHARTH VELAMOOR
14 Assistant United States Attorneys

ORDER UNSEALING – 2
*United States v. Rosenberg, et al.* (CR20-151RAJ)