UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH NILSEN,<br><br>　　　　　　　　　Defendant. | No. CR20-151RAJ<br><br>NOTICE OF APPEARANCE |

TO:　　Clerk of the Court; and

TO:　　Brian T. Moran, United States Attorney:

　　　PLEASE TAKE NOTICE that the LAW OFFICE OF ROBERT FLENNAUGH II, PLLC and Robert Flennaugh II, hereby appear as counsel for Defendant Nilsen.

　　　All further ECF district court filings, papers, pleadings, court documents, and correspondence in this matter, exclusive of service of process, may be served upon Mr. Nilsen leaving a copy thereof with his attorneys at their address below stated.

　　　DATED this 14th day of October, 2020.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*(s) Robert Flennaugh II*
　　　　　　　　　　　　　　　　　　Robert Flennaugh II, WSBA # 26764
　　　　　　　　　　　　　　　　　　Attorney for Defendant Nilsen
　　　　　　　　　　　　　　　　　　Law Office of Robert Flennaugh II, PLLC
　　　　　　　　　　　　　　　　　　810 3rd Avenue, Suite 500
　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　Phone: 206-447-7422 Fax: 206-447-7534
　　　　　　　　　　　　　　　　　　Email: Robert@flennaughlaw.com

NOTICE OF APPEARANCE - 1
Case No. CR20-151 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534