The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-151RAJ |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENT |
| JOSEPH NILSEN, | |
| KRISTEN LECCESE, | |
| Defendants. | |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Stipulated Motion.

It is hereby ORDERED that the Stipulated Motion shall remain sealed.

DATED this 16th day of May, 2022.

_____
RICHARD A. JONES
United States District Judge

Presented by:

*s/ Steven Masada*
Assistant United States Attorney

Order to Seal
*United States v.* Nilsen et al/ CR20-151 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970