UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOSEPH NILSEN,<br><br>                    Defendant. | No.  2:20-cr-00151-RAJ<br><br>NOTICE OF APPEARANCE |

TO:    Clerk of the Court; and

TO:    Nicholas Brown, United States Attorney:

PLEASE TAKE NOTICE that the LAW OFFICE OF ROBERT FLENNAUGH II, PLLC and Robert Flennaugh II, hereby appear as counsel for Defendant Nilsen.

All further ECF district court filings, papers, pleadings, court documents, and correspondence in this matter, exclusive of service of process, may be served upon Mr. Nilsen, leaving a copy thereof with his attorneys at their address below stated.

DATED this 30th day of August, 2023.

Respectfully submitted,

*(s) Robert Flennaugh II*
Robert Flennaugh II, WSBA # 26764
Attorney for Defendant Nilsen
Law Office of Robert Flennaugh II, PLLC
720 3rd Avenue, Suite 2015
Seattle, WA 98104
Phone: 206-447-7422 Fax: 206-447-7534
Email: Robert@flennaughlaw.com

NOTICE OF APPEARANCE - 1
Case No. 2:20-cr-00151-RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
720 Third Avenue, Suite 2015
Seattle, WA  98104
(206) 447-7422
Fax: (206) 447-7534

CERTIFICATE OF SERVICE

I hereby certify that on August 30th, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Erin Becker, Assistant United States Attorney.

<u>*(s) Elysia Houston*</u>
Elysia Houston
Legal Assistant
Law Office of Robert Flennaugh II, PLLC
720 Third Avenue, Suite 2015
Seattle, WA  98104
Phone:  (206) 447-7422
Fax:  (206) 447-7534
Email:  elysia@flennaughlaw.com

NOTICE OF APPEARANCE - 2
Case No. 2:20-cr-00151-RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
720 Third Avenue, Suite 2015
Seattle, WA  98104
(206) 447-7422
Fax: (206) 447-7534