HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH NILSEN,<br><br>　　　　　Defendant. | No. CR 20-151 RAJ<br><br>ORDER GRANTING MOTION<br>TO SEAL SENTENCING<br>MEMORANDUM AND EXHIBITS |

　　　THIS MATTER has come before the undersigned on the motion of defendant, JOSEPH NILSEN, for an order that Exhibits A, E, F, and G to Defendant's Sentencing Memorandum be filed under seal and secured from public access until further order by the Court. Finding good cause,

　　　IT IS HEREBY ORDERED that the motion (Dkt. 215) is GRANTED.

　　　DATED this 8th day of September, 2023.

*[signature: Richard A. Jones]*

HON. RICHARD A. JONES
United States District Judge