Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOSEPH NILSEN,<br><br>               Defendant. | No. 2:20-cr-00151-RAJ<br><br>ORDER GRANTING MOTION TO SEAL DOCUMENT |

THIS MATTER comes before the Court upon Defendant Joseph Nilsen's Motion to Seal Document. Having considered the motion, and the files and pleadings herein, and good cause having been shown, the Court GRANTS the motion (Dkt. 238). The documents filed under Dkt. 239 shall remain sealed.

DATED this 23rd day of October, 2023.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge