HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSEPH NILSEN,<br><br>  Defendant. | No. 2:20-cr-00151-RAJ<br><br>ORDER GRANTING MOTION TO EXTEND SELF-SURRENDER DATE |

THIS MATTER has come before the undersigned on the motion of Defendant Joseph Nilsen for an order extending his self-surrender date from November 2, 2023 to January 2, 2024. Having considered the motion, which is unopposed by the Government, and the files and pleadings herein,

It is hereby ORDERED that the motion (Dkt. 243) is GRANTED. Defendant Joseph Nilsen's self-surrender date is extended to January 2, 2024.

DATED this 26th day of October, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge