Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>JOSEPH NILSEN,<br><br>             Defendant. | No. 2:20-cr-00151-RAJ<br><br>ORDER GRANTING MOTION TO SEAL DOCUMENT |

THIS MATTER has come before the Court upon Defendant Joseph Nilsen's Motion to Seal. Dkt. 248. Having considered the motion, and the files and pleadings herein, the Court finds that good cause has been shown that there is sensitive medical information contained in the document.

IT IS ORDERED that Defendant Joseph Nilsen's Motion to Seal (Dkt. 248) is GRANTED. The document filed at Dkt. 249 shall remain sealed.

DATED this 20th day of December, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1