Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>JOSEPH NILSEN,<br><br>                    Defendant. | No. 2:20-cr-00151-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE |

THIS MATTER has come before the Court upon Defendant Joseph Nilsen's unopposed Motion to Extend Self-Surrender Date. Dkt. 247. Having considered the motion, and the files and pleadings herein, the Court hereby GRANTS the motion. Defendant Joseph Nilsen's self-surrender date is extended from January 2, 2024 to March 4, 2024.

DATED this 20th day of December, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1