HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOSEPH NILSEN,<br><br>    Defendant. | No. 2:20-cr-00151-RAJ<br><br>ORDER TO SEAL DOCUMENT |

  The Court, having considered defendant Joseph Nilsen's Motion to Seal, and good cause having been shown as to the sensitive medical information contained in the document at issue, hereby orders that the Motion to Seal (Dkt. 256) is GRANTED. The records filed under Dkt. 257 shall remain sealed.

  DATED this 1st day of March, 2024.

_____
The Honorable Richard A. Jones
United States District Judge