HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH NILSEN,<br><br>　　　　　Defendant. | No. 2:20-cr-00151-RAJ<br><br>ORDER GRANTING MOTION TO EXTEND SELF-SURRENDER DATE |

The Court, having considered defendant Joseph Nilsen's Motion to Extend Self-Surrender Date, and good cause having been shown, hereby orders that the Motion (Dkt. 255) is GRANTED.  Defendant Joseph Nilsen's self-surrender date is extended from March 4, 2024 to June 4, 2024.

DATED this 1st day of March, 2024.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge